O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.7.14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JENKINS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>MICHAEL F. MARTEL, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-6349-VAP (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) this case is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts; and (2) Judgment be entered accordingly.

DATED: October 3 2014

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE