JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-7-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
OCT - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EDWARD JENKINS,

Petitioner,

vs.

MICHAEL F. MARTEL, Warden,

Respondent.

Case No. CV 14-6349-VAP (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this case is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: Oct 3 2014

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE