O

FILED
CLERK, U.S. DISTRICT COURT

FEB 11 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-11-15

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JENKINS,<br><br>        Petitioner,<br><br>  vs.<br><br>MICHAEL F. MARTEL, Warden,<br><br>        Respondent. | Case No. CV 14-6349-VAP (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) this case is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts; and (2) Judgment be entered accordingly.

DATED: Feb. 5 2015

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE